UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
22-09895 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:

MAXINE C. CHRISTIAN
A/K/A MAXINE FRANCESCA
COLEMAN-CHRISTIAN

Case No: 22-14412-SLM

Judge: STACEY L. MEISEL

Chapter: 13

## OBJECTION TO DEBTOR'S REQUEST FOR LOSS MITIGATION

Wells Fargo Bank, N.A. ("Creditor"), by and through its undersigned counsel, and hereby responds to the Request for Loss Mitigation [DE 4] filed on June 2, 2022 and in support thereof, shows unto the Court as follows:

1. Creditor objects to any Order directing it to participate Loss Mitigation because the Debtor's account with Creditor was charged-off effective November 26, 2013 and Creditor has ceased all collection activity as of that date.

2. Based on the account's charge-off status, Creditor will file a total debt Proof of Claim in the instant case.

3. The terms of the underlying Mortgage and Note cannot be modified following a charge-off, so the Debtor will not qualify for any Loan Modification options and entry into the Loss Mitigation Program would be futile.

**WHEREFORE**, Creditor respectfully requests that this Honorable Court deny Debtor's Request for Loss Mitigation and for any other relief the Court deems just and proper.

/s/Matthew Fissel
Matthew Fissel, NJ Bar No. 038152012
Andrew Spivack, NJ Bar No. 018141999
Jay Jones, NJ Bar No. 972011
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

22-09895 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:

MAXINE C. CHRISTIAN
A/K/A MAXINE FRANCESCA
COLEMAN-CHRISTIAN

Case No: 22-14412-SLM

Judge: STACEY L. MEISEL

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Cassondra Emanuel:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Wells Fargo Bank, N.A. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On June 17, 2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   OBJECTION TO DEBTOR'S REQUEST FOR LOSS MITIGATION

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 17, 2022

/s/ *Cassondra Emanuel*
Cassondra Emanuel

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MAXINE C. CHRISTIAN<br>36 CONCORD PL<br>UNION, NJ 07083-4220 | Debtor | ☐ Hand-delivered<br>☒ Regular mail |

| | | |
|---|---|---|
| | | Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| DAVID G. BESLOW<br>7 GLENWOOD AVENUE<br>SUITE 311B<br>EAST ORANGE, NJ 07017 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee, US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ |

|  |  | Other_____<br>(as authorized by the court *) |
|--|--|--|

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.