Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                          Case No.:  22−14412−SLM
                                          Chapter:  13
                                          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maxine C Christian
   aka Maxine Francesca Coleman−Christian
   36 Concord Place
   Union, NJ 07083

Social Security No.:
   xxx−xx−5580

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/13/22 at 10:00 AM

to consider and act upon the following:

*4* − Notice of Request for Loss Mitigation re:Wells Fargo Home Mortgage, filed by David G. Beslow on behalf of Maxine C Christian. Objection deadline is 06/16/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Beslow, David)

*12* − Objection to Request for Loss Mitigation (related document:4 Notice of Request for Loss Mitigation re:Wells Fargo Home Mortgage, filed by David G. Beslow on behalf of Maxine C Christian. Objection deadline is 06/16/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Maxine C Christian) filed by Matthew K. Fissel on behalf of Wells Fargo Bank, N.A.. (Fissel, Matthew)

Dated: 6/17/22

                                                                        Jeanne Naughton
                                                                         Clerk, U.S. Bankruptcy Court