Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−14412−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maxine C Christian
   aka Maxine Francesca Coleman−Christian
   36 Concord Place
   Union, NJ 07083

Social Security No.:
   xxx−xx−5580

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          8/10/22
Time:          08:30 AM
Location:      Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 1, 2022
JAN: dlr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Maxine C Christian  
    Debtor

Case No. 22-14412-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 01, 2022      Form ID: 132      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maxine C Christian, 36 Concord Place, Union, NJ 07083-4220 |
| cr | + | Wells Fargo Bank, N.A., Home Equity Group - Collections Foreclos, P.O. Box 2248, Jacksonville, FL 32203-2248 |
| 519628974 | | Ditech, Po Box 6172, Rapid City, SD 57709 |
| 519628973 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 519628980 | + | Keith A Christian, 36 Concord Place, Union, NJ 07083-4220 |
| 519628982 | + | Loancare c/o, KML Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 519628995 | + | Union Ob/Grn Infertalization Group, 1323 Stuyvesant Avenue, Union, NJ 07083-5380 |
| 519628996 | + | Union Ob/Gyn Infertalization Group c/o, Demetrios J. Katsios, 570 Kearny Avenue, Kearny, NJ 07032-2733 |
| 519629002 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 519628997 | + | Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 519628999 | + | Wells Fargo, P.O. Box 63750, San Francisco, CA 94163-0001 |
| 519629001 | + | Wells Fargo Bank, N.A., c/o Corporation Service Company, Princeton South Corporate Center, 100 Charles Ewing Blvd, Ste 160, Ewing, NJ 08628-3456 |
| 519629000 | + | Wells Fargo Bank, N.A., 1 Home Campus X2302-04A, Des Moines, IA 50328-0001 |
| 519640915 | + | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629;, Minneapolis, MN 55440-1629 |
| 519629004 | + | Wells Fargo Home Mortgage, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 519629003 | + | Wells Fargo Home Mortgage, Att: Banrkutpcy Department, MAC-X, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 519629005 | + | Wells Fargo Servicing Center, PO Box 31557, Billings, MT 59107-1557 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 01 2022 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 01 2022 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519628967 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 01 2022 20:49:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519628968 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 01 2022 20:49:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519628971 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 01 2022 20:49:00 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 519628969 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 01 2022 20:49:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 519628975 | ^ | MEBN | | |

Case 22-14412-SLM    Doc 25    Filed 07/03/22    Entered 07/04/22 00:12:41    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2022 | Form ID: 132 | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519628976 | ^ | MEBN | Jul 01 2022 20:49:09 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519628977 | ^ | MEBN | Jul 01 2022 20:49:22 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519628978 | ^ | MEBN | Jul 01 2022 20:50:15 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519628979 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 01 2022 20:49:46 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| | | | Jul 01 2022 20:50:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519628984 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 01 2022 20:49:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519628983 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 01 2022 20:49:00 | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 519628987 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 01 2022 20:49:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0311 |
| 519628985 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 01 2022 20:49:00 | Progressive, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 519628988 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 01 2022 20:49:00 | Progressive, P.O. Box 31260, Tampa, FL 33631-3260 |
| 519628986 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 01 2022 20:49:00 | Progressive, 6300 Wilson Mills Road, Mayfield Village, OH 44143-2182 |
| 519628989 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 01 2022 20:49:00 | Progressive, P.O. Box 6807, Cleveland, OH 44101-1807 |
| 519628990 | ^ | MEBN | Jul 01 2022 20:50:21 | Recivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 519628991 | ^ | MEBN | Jul 01 2022 20:50:22 | Recivable Management Services. LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 519628992 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 01 2022 20:49:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519628993 | ^ | MEBN | Jul 01 2022 20:49:52 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519628994 | ^ | MEBN | Jul 01 2022 20:49:55 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519628997 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 01 2022 21:03:06 | Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 519640915 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 02 2022 09:08:04 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629;, Minneapolis, MN 55440-1629 |
| 519629000 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 02 2022 09:08:04 | Wells Fargo Bank, N.A., 1 Home Campus X2302-04A, Des Moines, IA 50328-0001 |
| 519629004 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 02 2022 09:08:04 | Wells Fargo Home Mortgage, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 519629003 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 02 2022 09:08:04 | Wells Fargo Home Mortgage, Att: Banrkutpcy Department, MAC-X, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 01, 2022 | Form ID: 132 | Total Noticed: 40

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519628972 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 519628970 | *+ | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 519628981 | *+ | Keith A Christian, 36 Concord Place, Union, NJ 07083-4220 |
| 519628998 | ##+ | Wells Fargo, 7001 Westown Parkway, West Des Moines, IA 50266-2511 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Maxine C Christian yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor LOANCARE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5