UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
Attorneys for Debtor, Maxine C. Christian
David G. Beslow, Esq.  #DGB-5300

In Re:

MAXINE C. CHRISTIAN

Case No.:         22-14412

Chapter:              13

Hearing Date:    July 13, 2022

Judge:              SLM

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Notice of Request for Entry into Loss Mitigation (Creditor: Wells Fargo) (Doc 4)

Date: July 8, 2022

/s/ David G. Beslow, Esq.
Signature

*rev.8/1/15*