Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 22−14412−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maxine C Christian
    aka Maxine Francesca Coleman−Christian
    36 Concord Place
    Union, NJ 07083

Social Security No.:
    xxx−xx−5580

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/2/22.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 2, 2022
JAN: LVJ

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Maxine C Christian  
    Debtor

Case No. 22-14412-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 02, 2022      Form ID: 148      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maxine C Christian, 36 Concord Place, Union, NJ 07083-4220 |
| cr | + | Wells Fargo Bank, N.A., Home Equity Group - Collections Foreclos, P.O. Box 2248, Jacksonville, FL 32203-2248 |
| 519628974 | | Ditech, Po Box 6172, Rapid City, SD 57709 |
| 519628973 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 519628980 | + | Keith A Christian, 36 Concord Place, Union, NJ 07083-4220 |
| 519628982 | + | Loancare c/o, KML Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 519628995 | + | Union Ob/Grn Infertalization Group, 1323 Stuyvesant Avenue, Union, NJ 07083-5380 |
| 519628996 | + | Union Ob/Gyn Infertalization Group c/o, Demetrios J. Katsios, 570 Kearny Avenue, Kearny, NJ 07032-2733 |
| 519629001 | + | Wells Fargo Bank, N.A., c/o Corporation Service Company, Princeton South Corporate Center, 100 Charles Ewing Blvd, Ste 160, Ewing, NJ 08628-3456 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 02 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 02 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519628967 | + | EDI: BANKAMER.COM | Sep 03 2022 00:28:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519628968 | + | EDI: BANKAMER.COM | Sep 03 2022 00:28:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519628971 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 02 2022 20:31:00 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 519628969 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 02 2022 20:31:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 519658748 | + | Email/Text: bankruptcy@cavps.com | Sep 02 2022 20:31:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519628975 | ^ | MEBN | Sep 02 2022 20:26:29 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519628976 | ^ | MEBN | Sep 02 2022 20:26:27 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519628977 | ^ | MEBN | Sep 02 2022 20:27:03 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519628978 | ^ | MEBN | | |

Case 22-14412-SLM    Doc 40    Filed 09/04/22    Entered 09/05/22 00:11:15    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2022 | Form ID: 148 | Total Noticed: 43 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 519628979 | EDI: IRS.COM | Sep 02 2022 20:26:43 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
|  |  | Sep 03 2022 00:28:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519628984 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 02 2022 20:31:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519628983 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 02 2022 20:31:00 | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 519679347 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 02 2022 20:31:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 519628987 | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 02 2022 20:31:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0311 |
| 519628985 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 02 2022 20:31:00 | Progressive, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 519628988 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 02 2022 20:31:00 | Progressive, P.O. Box 31260, Tampa, FL 33631-3260 |
| 519628986 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 02 2022 20:31:00 | Progressive, 6300 Wilson Mills Road, Mayfield Village, OH 44143-2182 |
| 519628989 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 02 2022 20:31:00 | Progressive, P.O. Box 6807, Cleveland, OH 44101-1807 |
| 519628990 | ^ MEBN | Sep 02 2022 20:27:10 | Recivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 519628991 | ^ MEBN | Sep 02 2022 20:27:12 | Recivable Management Services. LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 519628992 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 02 2022 20:31:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519628993 | ^ MEBN | Sep 02 2022 20:26:48 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519628994 | ^ MEBN | Sep 02 2022 20:26:51 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519668313 | + EDI: AIS.COM | Sep 03 2022 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519629002 | EDI: WFFC.COM | Sep 03 2022 00:28:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 519628999 | + EDI: WFFC.COM | Sep 03 2022 00:28:00 | Wells Fargo, P.O. Box 63750, San Francisco, CA 94163-0001 |
| 519628997 | + EDI: WFCBO | Sep 03 2022 00:28:00 | Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 519640915 | + EDI: WFHOME | Sep 03 2022 00:28:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629;, Minneapolis, MN 55440-1629 |
| 519629000 | + EDI: WFHOME | Sep 03 2022 00:28:00 | Wells Fargo Bank, N.A., 1 Home Campus X2302-04A, Des Moines, IA 50328-0001 |
| 519629004 | + EDI: WFHOME | Sep 03 2022 00:28:00 | Wells Fargo Home Mortgage, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 519629003 | + EDI: WFHOME | Sep 03 2022 00:28:00 | Wells Fargo Home Mortgage, Att: Banrkutpcy Department, MAC-X, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 519629005 | + EDI: WFFC.COM | Sep 03 2022 00:28:00 | Wells Fargo Servicing Center, PO Box 31557, Billings, MT 59107-1557 |

Case 22-14412-SLM    Doc 40    Filed 09/04/22    Entered 09/05/22 00:11:15    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2022 | Form ID: 148 | Total Noticed: 43 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519628972 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 519628970 | *+ | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 519628981 | *+ | Keith A Christian, 36 Concord Place, Union, NJ 07083-4220 |
| 519628998 | ##+ | Wells Fargo, 7001 Westown Parkway, West Des Moines, IA 50266-2511 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Maxine C Christian yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor LOANCARE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5